# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 17-cv-02506-CMA-NYW

MILTON J WEINSTEIN,

    Plaintiff,

v.

STEVEN WOITTE, Food Service Director, Airmark Food Services,

    Defendant.

___

## ORDER ADOPTING OCTOBER 1, 2018 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
___

This matter is before the Court on the October 1, 2018 Recommendation by United States Magistrate Judge Nina Y. Wang that Plaintiff Milton Weinstein's *Pro Se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 (Doc. # 1) be dismissed without prejudice for failure to prosecute pursuant to Local Rule of Practice 41.1. (Doc. # 62.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 62 at 3.) Despite this advisement, no objections to Magistrate Judge Wang's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v.*

*Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed all relevant pleadings concerning the underlying claim and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Wang's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Wang as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 62) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that that Plaintiff Milton Weinstein's Complaint (Doc. # 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute. It is

FURTHER ORDERED that Magistrate Judge Wang's recommendation that Defendant's motion to dismiss be granted in part and denied in part (Doc. # 58) and Defendant's objection to that recommendation (Doc. # 60) are DENIED AS MOOT in light of this Court's decision.

DATED: October 29, 2018

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge